UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRENDAN KRETSCHMER, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

CURB MOBILITY LLC, CREATIVE MOBILE TECHNOLOGY, LLC, ARRO, INC., and FLYWHEEL TECHNOLOGIES, INC.,

Defendant(s).

Case No. 5:26-cv-01347-VKD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Michael A. Lindsay , an active member in good standing of the bar of Minnesota , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Flywheel Technologies, Inc. in the above-entitled action. My local co-counsel in this case is Maral Shoaei , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 345117 .

50 S. 6th St., Minneapolis, MN  55402
MY ADDRESS OF RECORD

612-340-2600
MY TELEPHONE # OF RECORD

lindsay.michael@dorsey.com
MY EMAIL ADDRESS OF RECORD

430 Cowper St. #250, Palo Alto, CA  94301
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

650-843-2701
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

shoaei.maral@dorsey.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0163466 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __0__ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 7, 2026

Michael A. Lindsay
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Michael A. Lindsay  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:     May 8, 2026

UNITED STATES MAGISTRATE JUDGE
Virginia K. DeMarchi

United States District Court
Northern District of California

Updated 11/2021

2