UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRENDAN KRETSCHMER    ,

Plaintiff(s),

v.

CURB MOBILITY LLC, et al.    ,

Defendant(s).

Case No. 5:26-cv-01347-VKD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, John G. Papianou          , an active member in good standing of the bar of Pennsylvania                              , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Curb Mobility LLC, Creative Mobile Technologies, LLC, ARRO, Inc. in the above-entitled action. My local co-counsel in this case is Neeru Jindal                    , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 235082          .

1735 Market Street, 20th Fl., Philadelphia, PA  19103

MY ADDRESS OF RECORD

215-772-7389

MY TELEPHONE # OF RECORD

jpapianou@mmwr.com

MY EMAIL ADDRESS OF RECORD

777 S. Figueroa St., Suite 4000, Los Angeles, CA 90017

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

213-442-7000

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

njindal@klinedinstlaw.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 88149          .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1      times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/15/2026                                         John G. Papianou
                                                         APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of John G. Papianou is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:         May 27, 2026

_____
UNITED STATES MAGISTRATE JUDGE
Virginia K. DeMarchi

United States District Court
Northern District of California

Updated 11/2021                                2